is **GRANTED.** The Superior Court's order is **VACATED,** and the matter is **RE-MANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.,* 147 A.3d 490, 2016 WL 5630669 (Pa. 2016).

Justice Wecht did not participate in the consideration or decision of this matter.

■

### IN RE: RELINQUISHMENT OF J.D., a minor

**Petition of: F.D., father**

**No. 648 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Harold KEMMERER, Petitioner**

**No. 562 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Sunny ZHU, Petitioner**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Sunny Zhu, Petitioner**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Sunny Zhu, Petitioner**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Sunny Zhu, Petitioner**

**No. 538 MAL 2016**
**No. 539 MAL 2016**
**No. 540 MAL 2016**
**No. 541 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Freedle LYNCH, Petitioner**

**No. 513 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**John NAJUNAS, Sr., Petitioner**

**No. 493 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**In the INTEREST OF: C.D., a Minor**

**Petition of: K.S., Mother**

**No. 652 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.